United States District Court
Southern District of Texas
ENTERED

APR 0 4 2000

Michael N. Milby, Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | 3. |
| § | |
| V. § | C.A. NO. C-00-132 |
| § | |
| DOUGLAS C. BLOXHAM § | |

## ORDER OF REFERENCE TO MAGISTRATE JUDGE

This case is referred to United States Magistrate Judge B. Janice Ellington, who shall prepare this case for decision by the district judge assigned to this case. 28 U.S.C. § 636. On dispositive matters where decision of a district judge is necessary, the magistrate judge shall make recommendations to the district judge promptly with notice to the parties.

ORDERED this _31_ day of _March_, 2000.

_____
HAYDEN W. HEAD, JR.
UNITED STATES DISTRICT JUDGE