APR 18 2000

AO 440 (Rev. 10/93) Summons in a Civil Action

**ORIGINAL**

# United States District Court

_____ DISTRICT OF _____

UNITED STATES OF AMERICA,

*Plaintiff* v.

DOUGLAS C. BLOXHAM,

*Defendant*

## SUMMONS IN A CIVIL CASE

CASE NUMBER: C-00-132

TO: (Name and address of defendant)

DOUGLAS C. BLOXHAM
~~4921 Dody~~ 806 KINNEY
Corpus Christi, Texas 78411

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

M. H. Cersonsky
Galleria Financial Center
5065 Westheimer, Suite 600
Houston, Texas 77056

an answer to the complaint which is herewith served upon you, within twenty (20) _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL N. MILBY, CLERK

CLERK

*[signature]*

(BY) DEPUTY CLERK

DATE  MAR 29 2000

06
APR 20 2000

AO 440 (Rev. 10/93) Summons in a Civil Action (Reverse)

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☑ Returned unexecuted: _unable to locate (see insert) 4-19-00 9:09 pm._

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | 60.⁰⁰ |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____
Date

Signature of Server: *J.C.Fowler —1106—*

Address of Server

United States District Court
Southern District of Texas
FILED

MAY 10 2000

MICHAEL N. MILBY CLERK

NATI S. ALANIZ
CONSTABLE-PRECINCT 1

---

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.