IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Cour[t]
Southern District of Texas
FILED

MAY 10 2000

MICHAEL N. MILBY CLERK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. C-00-132 |
| | § | (Claim No. C99-04901) |
| | § | |
| DOUGLAS C. BLOXHAM, | § | |
| | § | |
| Defendant. | § | |

## MOTION TO DISMISS WITHOUT PREJUDICE

The Honorable Judge Hayden W. Head, Jr.:

United States of America ("USA") files this Motion to Dismiss Without Prejudice.

USA prays that this action be dismissed as to Douglas C. Bloxham without prejudice.

Respectfully submitted,

By: _____
M. H. Cersonsky, TBA#04048500
U.S. Southern Dist. No.: 5082
5065 Westheimer, Ste. 600
Houston, Texas 77056
Tel. (713)840-1492/Fax (713)840-0038
**Attorney for United States of America**

OF COUNSEL:
ALONSO & CERSONSKY, P.C.

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § § | |
| Plaintiff, | § § | |
| VS. | § § | CIVIL ACTION NO. C-00-132 |
| | § | (Claim No. C99-04901) |
| DOUGLAS C. BLOXHAM, | § § § | |
| Defendant. | § § | |

## ORDER OF DISMISSAL

On the United States' Motion the action is dismissed without prejudice.

SIGNED _____ , 2000, at Corpus Christi, Texas.

_____
Hon. Hayden W. Head, Jr.
United States District Judge