IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
ENTERED

MAY 2 6 2000

Michael N. Milby, Clerk of Court

| UNITED STATES OF AMERICA, | § |
|---|---|
| Plaintiff, | § |
| VS. | § CIVIL ACTION NO. C-00-132 |
|  | § (Claim No. C99-04901) |
| DOUGLAS C. BLOXHAM, | § |
| Defendant. | § |

ORDER OF DISMISSAL

On the United States' Motion the action is dismissed without prejudice.

SIGNED May 25, 2000, at Corpus Christi, Texas.

_____
Hon. Hayden W. Head, Jr.
United States District Judge